71 A.3d 248

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James CANADY, Petitioner.**

Supreme Court of Pennsylvania.

July 9, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of July 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

> Whether petitioner's mandatory sentence of life imprisonment without parole for a seventeen year old is unconstitutional under both the United States and Pennsylvania constitutions?

Allocatur is **DENIED** as to all other issues. The part of the Superior Court's Order affirming petitioner's mandatory life sentence for first-degree murder is **VACATED** and the case is **REMANDED** to the trial court for resentencing in a manner consistent with *Commonwealth v. Batts,* 620 Pa. 115, 66 A.3d 286, 2013 WL 1200252 (2013).